JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HOMER TYRONE LEWIS,

            Plaintiff,

       v.

J.D. SOTO, *et al.*,

           Defendants.

       Case No.  LA CV 14-4594 CJC (JCG)

       **JUDGMENT**

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Granting Plaintiff's Motion to Dismiss Case and Dismissing Civil Rights Action Without Prejudice.

DATED: December 6, 2017

                                HON. CORMAC J. CARNEY
                           UNITED STATES DISTRICT JUDGE